■ RUTH SILBERBERG et al., Respondents, v. HOTPOINT DIVISION OF THE GENERAL ELECTRIC COMPANY, Appellant.— Orders, entered on July 22, 1964 denying defendant's motion for a protective order and entered on July 23, 1964 granting plaintiff's cross motion for disclosure of an inspection report, unanimously reversed on the law, with $30 costs and disbursements to appellant, and defendant's motion for a protective order granted, and plaintiffs' cross motion denied. The action seeks recovery for personal injuries suffered by plaintiff while using a washing machine. Defendant obtained an order for inspection of the machine. Pursuant to that order defendant had the machine inspected by an engineer who made certain tests on it. Plaintiff demanded a copy of the engineer's report and defendant sought a protective order pursuant to CPLR 3103. That this report was prepared for litigation is too clear for discussion. So likewise is it clear that it is excepted from disclosure (CPLR 3101, subd. [d]). Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ MONTGOMERY WARD & CO., INCORPORATED, Respondent, v. FRANCIS T. CRAIG, Appellant.— Order, entered May 19, 1964, denying conditionally defendant's motion to dismiss the complaint for failure to prosecute pursuant to CPLR 3216 unanimously affirmed, without costs or disbursements to either party. In this action for damages allegedly sustained by plaintiff as the result of the receipt of alleged commercial briberies by defendant from suppliers of plaintiff there has been an extraordinary delay in prosecuting the action. The delay, however, is largely explained by the special difficulties faced by plaintiff in obtaining competent evidence to establish its entire claim, although the proof with respect to a part of it appears to be all but conclusive. Under the circumstances plaintiff is entitled to the indulgence allowed to it by Special Term in the exercise of discretion (see *Sortino* v. *Fisher*, 20 A D 2d 25, 31, 32). Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.